[No. 7091–45336–1.   Division One.   June 11, 1979.]

EDWARD G. KACHER, *Appellant*, v. M. A. O'BRIEN,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 143307, Daniel T. Kershner, J.,
entered February 3, 1978. *Affirmed* by unpublished per
curiam opinion.

[No. 6432–1.   Division One.   June 11, 1979.]

JOHN PIRNIE, ET AL, *Appellants*, v. GODFREY
MAURIN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 248886, Robert A. Jacques, J., entered
November 4, 1977. *Affirmed* by unpublished opinion per
Farris, J., concurred in by Andersen, J., Dore, J., dissenting.

[No. 2740–3.   Division Three.   June 12, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. HOMER
DALE PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 77–1–00567–2, Howard Hettinger, J.,
entered January 6, 1978. *Affirmed* by unpublished opinion
per Munson, J., concurred in by McInturff and Roe, JJ.

[No. 2686–3.   Division Three.   June 12, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
J. CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 77–1–00632–6, Bruce P. Hanson, J.,
entered November 19, 1977. *Affirmed* by unpublished opin-
ion per McInturff, J., concurred in by Munson and Roe, JJ.